**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

DARRIN JEWELE GIVENS,                    )
                                         )
                    Plaintiff,           )
                                         )
         v.                              )          No. 4:21-CV-146 SRC
                                         )
CORIZON MEDICAL,                         )
                                         )
                    Defendant.           )

**MEMORANDUM AND ORDER**

This matter is before the Court upon its own motion. Self-represented plaintiff Darrin Givens filed this civil action for money damages on February 4, 2021.  However, plaintiff neither paid the $400 court filing fee nor filed a motion to proceed *in forma pauperis*, along with a certified copy of his account statement.  *See* 28 U.S.C. § 1915(a).  As such, the Court will allow plaintiff twenty-one (21) days to either pay the full filing fee or file his motion to proceed *in forma pauperis* and account statement.  His failure to do so in a timely manner will result in a dismissal of this action, without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to plaintiff a copy of the motion to proceed *in forma pauperis* form for prisoners.

**IT IS FURTHER ORDERED** that plaintiff must either pay the $400 filing fee **or** submit a motion to proceed *in forma pauperis* within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff files a motion to proceed *in forma pauperis*, he must also file a certified copy of his prison account statement for the six-month period preceding the filing of the complaint.

**IT IS FINALLY ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.  If the case is dismissed for non-compliance with this Order, the dismissal will **not** count as a "strike" under 28 U.S.C. § 1915(g).

Dated this 6th day of February, 2021.

STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE